IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:18cr158-FDW-DSC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER CORRECTING |
| v. | ) | CLERICAL ERROR |
| | ) | |
| QUINTON LEVAR BROWN | ) | |

Upon the Government's Motion to Correct Clerical Error and for the reasons set forth in the Motion, it is hereby ORDERED that the Consent Order and Judgment of Forfeiture is amended to state:

**A forfeiture money judgment in the amount of at least $8,000, such amount constituting the proceeds that Defendant personally obtained as a result of the offense/s to which Defendant has pled guilty. Defendant stipulates that the Government may satisfy the money judgment via forfeiture of proceeds and/or substitute property as defined in 21 U.S.C. § 853(p). For purposes of forfeiture under Section 853(p), Defendant stipulates that, as a result of acts or omissions of Defendant, one or more provisions of Section 853(p)(1)(A)-(E) are satisfied.**

**SO ORDERED.**

Signed: May 3, 2018

_____
David S. Cayer
United States Magistrate Judge