IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:18cr158-FDW

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER CORRECTING |
| v. | ) | CLERICAL ERROR |
| | ) | |
| QUINTON LEVAR BROWN | ) | |

Upon the Government's Motion to Correct Clerical Error and for the reasons set forth in the Motion, it is hereby ORDERED that the Consent Order and Judgment of Forfeiture is amended to state:

**Approximately $3,087.00 in United States currency seized on January 26, 2018 during the investigation;**

SO ORDERED.

Signed: June 21, 2018

David S. Cayer
United States Magistrate Judge